UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNICOR INDUSTRIES, INC., et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01694-LJO-SAB (PC)<br><br>ORDER OVERRULING PLAINTIFF'S UNTIMELY OBJECTIONS<br><br>[ECF No. 13] |

On February 19, 2019, the undersigned adopt the magistrate judge's findings and recommendations in full, and the instant action filed pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971), was dismissed for failure to state a cognizable claim for relief. The Court found that Plaintiff's complaint was barred by the United States Supreme Court's decision in Ziglar v. Abbasi, __ U.S. __, 137 S.Ct. 1843 (2017).

On this same date, Plaintiff filed untimely objections which crossed in the mail with the order adopting the Findings and Recommendations. (ECF No. 13.)

The district court's role in reviewing a magistrate judge's findings and recommendation is set forth in 28 U.S.C. § 636(b)(1). Section 636(b)(1) states, in relevant part that the district court "shall make a de novo determination of those portions of the … specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in

whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)1).

The findings and recommendations were served on Plaintiff on January 24, 2019, and noted that any objections were due within fourteen days of service, i.e. February 7, 2019. (ECF No. 9.) Plaintiff's objections are self-dated February 8, 2019, and are therefore untimely. Nonetheless, even if the objections were timely, Plaintiff's objections have no merit as he merely argues the merits of his complaint. Plaintiff's objections present no legal basis to reject or modify the February 19, 2019, order adopting the magistrate judge's findings and recommendations and dismissing this action for failure to state a cognizable claim. Accordingly, Plaintiff's objections filed on February 19, 2019, are overruled.

IT IS SO ORDERED.

Dated: **February 20, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

2